IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:12CR074-LG-RHW-001

TRAVIS RILEY

## ORDER OF REMISSION

THIS CAUSE is before the Court on the United States' Motion for Remission of Fine [22] in accordance with the provisions of 18 U.S.C. § 3573.

The Court, having considered the Motion, finds that it is well-taken and should be, and therefore is, GRANTED.

WHEREFORE, PREMISES CONSIDERED, the unpaid portion of the fine imposed on January 28, 2013, in the amount of $10.00, is hereby remitted. The Government shall so advise the Clerk of Court to reflect this remission in its accounting records pertaining to this case.

**SO ORDERED AND ADJUDGED** this the 20th day of December, 2021.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge